UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAY R. REDDY                          )
5900 Beech Tree Dr.                   )
Alexandria, VA 22310                  )
                                      )
                                      )
          Plaintiff,                  )
                                      )
     v.                               )          Civil Action No.
                                      )
UNITED STATES                         )
                                      )
and                                   )
                                      )
RANDALL L. TOBIAS                     )
in his official capacity              )
as Administrator, U.S. Agency         )
   for International Development       )
1300 Pennsylvania Ave., N.W.          )
Washington, D.C. 20523                )
                                      )
          Defendants.                 )

**COMPLAINT FOR RELIEF FROM AGENCY ACTION**

**NATURE OF SUIT**

1.  This is a civil action under 28 U.S.C. 22 U.S.C. §4140, seeking judicial
review on the written record of a final decision of the Foreign Service Grievance
Board (FSGB or Board) in FSGB 2005-073.  The decision is dated October 11,
2006.

2.  Plaintiff, a former Foreign Service Officer at the U.S. Agency for Inter-
national Development (USAID or the Agency), seeks retroactive reinstatement
with back pay and benefits, as well as other remedies.  He requests a declaratory

judgment, mandamus, and injunctive relief for violations of the Foreign Service
Act of 1980 (the Act), as amended, 22 U.S.C. §3901 et seq., the Procedural Due
Process Clause of the 5th Amendment of the U.S. Constitution, and the Adminis-
trative Procedure Act (APA), 5 U.S.C. §701 et seq.

3.  The FSGB Decision does not meet APA standards because the Board
failed to conclude that USAID violated its own regulation requiring written notice
of perceived performance deficiencies, and that the Agency consequentially ter-
minated Plaintiff in violation of regulation and law.

## JURISDICTION

4.  This Court has exclusive jurisdiction under 1110 of the Foreign Service
Act of 1980, as amended (22 U.S.C. §4140) which provides as follows in perti-
nent part:

> Any aggrieved party may obtain judicial review of a final action
> of the . . . Board on any grievance in the district court of the
> United States in accordance with the standards set forth in
> chapter 7 of title 5, United States Code [the Administrative
> Procedure Act] . . . .

The Court also has jurisdiction under 28 U.S.C. §§1331, 1346 and 1361.  Judicial
review is based on the official FSGB Record of Proceedings; there is no right to a
de novo hearing.

## PARTIES

### Plaintiff

5.  Plaintiff was a member of the Foreign Service from 1987 until his ter-
mination on October 19, 2005.  At that time he was a Class 2 Executive Officer
(EXO).

**Defendant**

6.  Defendant Randall L. Tobias is the Administrator and head of USAID, an executive agency of the Government of the United States within the meaning of 5 U.S.C. §701(b)(1).  He is sued in his official capacity.

## PRIOR PROCEEDINGS

7.  On September 21, 2005 Plaintiff filed a grievance at the Agency level and a supplement on September 28, 2005.  In a decision dated October 4, 2005 the agency denied the grievance.

8.  On December 2, 2005 Plaintiff appealed the Agency's decision to the FSGB.

9.  The FSGB issued its Decision October 11, 2006 based on the written record, without a hearing.

## BACKGROUND

10.  Foreign Service Officers hold rank in person, based on a numerical class system.

11.  USAID Officers receive annual performance appraisals on the Annual Evaluation Form (AEF).

12.  Each year Performance Boards (PSBs) review the performance records of Foreign Service Officers, particularly the AEFs.

13.  The PBs may "low rank" an Officer if he or she appears not to meet class performance standards.

14.  Based solely on the current AEF, the PB refers low-ranked Officers to a Performance Standards Board (PSB) to determine if the Officer is meeting class standards.

15.  The PSB may low rank an Officer, finding he or she does not meet class standards; if three PSB low rankings occur within a five year period, the Officer is terminated.

16.  Based solely on Mr. Reddy's 2005 AEF, the 2005 PB low ranked him because he appeared not to meet class standards.

17.  Because of the PB low ranking, Plaintiff was referred to the 2005 PSB.

18.  Referring only to the 2005 AEF, the 2005 PSB low ranked Plaintiff, concluding he did not meet class standards.

19.  Because Plaintiff had been low ranked by two prior PSBs within the past five years he was automatically separated, as provided by Agency regulations.

20.  The Foreign Service Act, 22 U.S.C. §4131(a)(1)(A),(B), provides that the FSGB has jurisdiction to remedy the separation of a member contrary to laws or regulations or predicated upon inaccuracy, omission, error, or falsely prejudicial information in the personnel record, and to remedy any other violation, misinterpretation, or misapplication of applicable laws, regulations or published policy.

**COUNT I**

4

## DENIAL OF A REMEDY FOR
## THE AGENCY'S VIOLATION OF REGULATION

21. Paragraphs 1 through 20 above are incorporated by reference.

22. In the grievance proceedings Plaintiff contested assertions in the 2005 AEF and the fact that he had not received written notice of perceived deficiencies prior to issuance of the AEF, as required by Agency regulation ADS 461.3.3.

23. Regulation ADS 461.3.3 provides as follows:

> [I]f an employee . . . is displaying deficiencies in specific skill areas . . . the Rating Official must provide early and constructive feedback in writing outlining the measures the employee must take to improve.

24. The need to follow-up on actions was a criticism cited in the AEF which the PB and PSB expressly relied upon in substantial part.

25. In its Decision the FSGB found the Rating Official had not issued written notice of perceived deficiencies prior to issuance of the 2005 AEF.

26. The FSGB took the word of the Rating Official, that he had advised Plaintiff verbally of the need to follow-up on actions; the Board found that this sufficed as notice of perceived deficiencies.

27. In the AEF the Rating Official's account of the mid-cycle progress review was entirely positive.

## CLAIMS

## Count I

1.  The FSGB's holding that Plaintiff had received legally-sufficient notice of perceived performance deficiencies, was arbitrary and capricious, an abuse of discretion and otherwise not in accordance with law under the Administrative Procedure Act (APA), 5 U.S.C. §706, as well as a violation of Plaintiff's rights under 22 U.S.C. §4131(1)(A),(B) and his 5th Amendment Procedural Due Process rights under the U.S. Constitution.

2.  The FSGB's decision does not meet APA standards because it failed to hold that Plaintiff's termination was in violation of law or regulation, and/or a misinterpretation or misapplication of applicable regulations under 22 U.S.C. §4131(a)(1)(A),(B).

3.  The FSGB's failure to find that the lack of notice and opportunity to improve rendered the AEF invalid, and the FSGB's failure to direct the Agency to remove the AEF from personnel files and to rescind the 2005 PB and PSB actions, as well as its failure to reinstate Plaintiff, constitute agency action unlawfully withheld and actions which are arbitrary, capricious, an abuse of discretion and otherwise not in accordance with law under the APA.

## RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

1.  Enter a judgment declaring that the acts and denial of remedies complained of herein are in violation of the APA, 5 U.S.C. Chapter 7; the Foreign Service Act of 1980 as amended, 22 U.S.C. §3901 et seq., 22 C.F.R. Chapter IX

and other regulations and agreements implementing the Act, and the Due Process Clause of the 5th Amendment.

2.  Permanently enjoin the defendants from denying Plaintiff his rightful remedies.

3.  Order the defendants to remove the 2005 AEF from all personnel files; to rescind the 2005 PB and PSB low rankings; to rescind the consequential termination; and to expunge from all Agency personnel files, all mention of these matters.

4.  Order the defendants to retroactively reinstate Plaintiff with all back pay and benefits under 5 U.S.C. §5596.

After the defendants file the Answer and a copy of the official FSGB record, Plaintiff intends to file a motion for judgment on the pleadings under FRCP rule 12(c).  He will request a briefing schedule.

Respectfully submitted,

_____
BRIDGET R. MUGANE, P.C.
Attorney for Plaintiff
D.C. Bar #272583

9250 Red Cart Ct.
Columbia, Md. 21045
301-596-0175
fsatty@comcast.net

## CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Ray R. Reddy | U.S., and Randall L. Tobias, in his official capacity as Administrator, U.S. Agency for International Development |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF (EXCEPT IN U.S. PLAINTIFF CASES) | Fairfax | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
|---|---|---|

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Bridget R. Mugane, P.C. 9250 Red Cart Ct. Columbia, Md. 21045 301-596-0175 | |

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 3 Federal Question (U.S. Government Not a Party)
- ◉ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

### III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| ○ A. Antitrust | ○ B. Personal Injury/ Malpractice | ○ C. Administrative Agency Review | ○ D. Temporary Restraining Order/Preliminary Injunction |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane ☐ 315 Airplane Product Liability ☐ 320 Assault, Libel & Slander ☐ 330 Federal Employers Liability ☐ 340 Marine ☐ 345 Marine Product Liability ☐ 350 Motor Vehicle ☐ 355 Motor Vehicle Product Liability ☐ 360 Other Personal Injury ☐ 362 Medical Malpractice ☐ 365 Product Liability ☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act **Social Security:** ☐ 861 HIA ((1395ff) ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g) ☐ 864 SSID Title XVI ☐ 865 RSI (405(g) **Other Statutes** ☐ 891 Agricultural Acts ☐ 892 Economic Stabilization Act ☐ 893 Environmental Matters ☐ 894 Energy Allocation Act ☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment. *(If Antitrust, then A governs)* |

### ○ E. General Civil (Other)    OR    ○ F. Pro Se General Civil

| Real Property | Bankruptcy | Forfeiture/Penalty | |
|---|---|---|---|
| ☐ 210 Land Condemnation ☐ 220 Foreclosure ☐ 230 Rent, Lease & Ejectment ☐ 240 Torts to Land ☐ 245 Tort Product Liability ☐ 290 All Other Real Property | ☐ 422 Appeal 28 USC 158 ☐ 423 Withdrawal 28 USC 157 **Prisoner Petitions** ☐ 535 Death Penalty ☐ 540 Mandamus & Other ☐ 550 Civil Rights ☐ 555 Prison Condition | ☐ 610 Agriculture ☐ 620 Other Food &Drug ☐ 625 Drug Related Seizure of Property 21 USC 881 ☐ 630 Liquor Laws ☐ 640 RR & Truck ☐ 650 Airline Regs ☐ 660 Occupational Safety/Health ☐ 690 Other | ☐ 470 Racketeer Influenced & Corrupt Organizations ☐ 480 Consumer Credit ☐ 490 Cable/Satellite TV ☐ 810 Selective Service ☐ 850 Securities/Commodities/ Exchange ☐ 875 Customer Challenge 12 USC 3410 |
| **Personal Property** ☐ 370 Other Fraud ☐ 371 Truth in Lending ☐ 380 Other Personal Property Damage ☐ 385 Property Damage Product Liability | **Property Rights** ☐ 820 Copyrights ☐ 830 Patent ☐ 840 Trademark **Federal Tax Suits** ☐ 870 Taxes (US plaintiff or defendant ☐ 871 IRS-Third Party 26 USC 7609 | **Other Statutes** ☐ 400 State Reapportionment ☐ 430 Banks & Banking ☐ 450 Commerce/ICC Rates/etc. ☐ 460 Deportation | ☐ 900 Appeal of fee determination under equal access to Justice ☐ 950 Constitutionality of State Statutes ☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

| ○ **G. Habeas Corpus/ 2255** | ○ **H. Employment Discrimination** | ○ **I. FOIA/PRIVACY ACT** | ○ **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| ○ **K. Labor/ERISA (non-employment)** | ○ **L. Other Civil Rights (non-employment)** | ○ **M. Contract** | ○ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

22 U.S.C. 4140. Judicial review of a decision of the Foreign Service Grievance Board which does not meet standards of the APA

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ [_____]  Check YES only if demanded in complaint
JURY DEMAND:    YES ☐  NO ☐

**VIII. RELATED CASE(S) IF ANY**    (See instruction)  YES ☐  NO ☒  If yes, please complete related case form.

DATE  4/6/07    SIGNATURE OF ATTORNEY OF RECORD  *[signature]*

## INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.