UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAY R. REDDY,<br>5900 Beech Tree Dr.<br>Alexandria, VA 22310<br><br>    **Plaintiff**<br>v.<br><br>UNITED STATES,<br>and<br>RANDALL L. TOBIAS<br>in his official capacity<br>as Administrator, U.S. Agency<br>for International Development<br>1300 Pennsylvania Ave., N.W.<br>Washington, D.C.  20523<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-0650 (RWR)<br>) (ECF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Mercedeh Momeni, Assistant United States Attorney, as counsel of record for defendants, in the above-captioned case.

            Respectfully submitted,

            /s/
            _____
            MERCEDEH MOMENI
            Assistant United States Attorney
            555 4th Street, NW
            Washington, DC 20530
            (202) 305-4851
            (202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

      I hereby certify that on this 19th day of April, 2007, I caused the foregoing Praecipe to be served on Plaintiff's attorney, **Bridget R. Mugane**, via Electronic Case Filing (ECF).

**Bridget R. Mugane, P.C.**
**9250 Red Cart Court**
**Columbia, MD 21045**

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851