UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ray R. Reddy,           ) | |
| )               | |
| Plaintiff,     ) | |
| )               | |
| )               | |
| v.                      ) | Civil Action No. 07-0650 (RWR) |
| )               | |
| United States of America and   ) | ECF |
| U.S. Agency for         ) | |
| International Development,  ) | |
| )               | |
| Defendants.  ) | |
| _____) | |

**MOTION FOR EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants hereby move for a 45-day extension of time to file their answer or otherwise respond to plaintiff's complaint, through and including July 23, 2007. Good cause exists to grant this motion.

1. Defendants' response to the complaint is due on June 8, 2007.

2. Defendants require additional time to prepare and file a Response. This extension is necessary to enable the parties to further engage in good faith settlement discussions.

3. Pursuant to Local Rule 7(m), the parties have conferred and Plaintiff's counsel consents to this request.

4. This is the first request made for an extension of this deadline.

WHEREFORE, Defendants request that this enlargement be granted, and that the date for the response to the complaint be extended to July 23, 2007. A minute order is requested.

Dated: May 30 2007.

                                Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney


\_\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C.  20530

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2007, I caused the foregoing *Motion for Extension of Time* to be served on parties of record via the Court's ECF system.

                                                  /s/
                                        MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Civil Division
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)