UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Ray R. Reddy,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0650 (RWR) |
| | ) | |
| **United States of America and** | ) | ECF |
| **U.S. Agency for** | ) | |
| **International Development,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants hereby move for a 30-day extension of time to file their answer or otherwise respond to Plaintiff's complaint, through and including August 22, 2007. Good cause exists to grant this motion.

1. Defendants' response to the complaint is due on July 23, 2007.

2. Defendants require additional time to file a response. This extension is necessary to enable the parties to finalize their negotiated settlement agreement. Undersigned counsel has been advised by both Plaintiff's attorney and Agency counsel that the parties have reached an agreement in principle. However, further time is needed to address one provision of the agreement that remains at issue. Because it is difficult to estimate the exact length of time necessary to resolve this issue, the parties may require a further extension after August 22, 2007, and will notify the Court accordingly.

3. Pursuant to Local Rule 7(m), the parties have conferred and Plaintiff's counsel consents to this request.

4.  This is the second request made for an extension of this deadline.

WHEREFORE, Defendants request that this enlargement be granted, and that the date for the response to the complaint be extended to August 22, 2007.  A minute order is requested.

Dated: July 18, 2007.

                                          Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

\_\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C.  20530

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July, 2007, I caused the foregoing *Motion for Extension of Time* to be served on parties of record via the Court's ECF system.

/s/
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Civil Division
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)