UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Ray R. Reddy,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0650 (RWR) |
| | ) | |
| **United States of America and** | ) | ECF |
| **U.S. Agency for** | ) | |
| **International Development,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants hereby move for a 30-day extension of time to file their answer or otherwise respond to Plaintiff's complaint, through and including September 21, 2007. Good cause exists to grant this motion.

1. Defendants' response to the complaint is due on August 22, 2007.

2. Defendants require additional time to file a response. This extension is necessary to enable the parties to finalize their negotiated settlement agreement. Undersigned counsel has been advised by both Plaintiff's attorney and Agency counsel that the parties have reached an agreement in principle. However, further time is needed to address recently amended paragraphs of the agreement. The parties anticipate that the agreement will, in all likelihood, be finalized and executed by September 21, 2007.

3. Pursuant to Local Rule 7(m), the parties have conferred and Plaintiff's counsel consents to this request.

4. This is the third request made for an extension of this deadline.

WHEREFORE, Defendants request that this enlargement be granted, and that the date for the response to the complaint be extended to September 21, 2007. A minute order is requested.

Dated: August 21, 2007.

                                              Respectfully submitted,


                                              _____/s/_____
                                              JEFFREY A. TAYLOR, D.C. Bar No. 498610
                                              United States Attorney


                                              _____/s/_____
                                              RUDOLPH CONTRERAS, D.C. BAR No. 434122
                                              Assistant United States Attorney


                                              _____/s/_____
                                              MERCEDEH MOMENI
                                              Assistant United States Attorney
                                              Civil Division
                                              555 4th Street, N. W.
                                              Washington, D.C.  20530

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2007, I caused the foregoing *Motion for Extension of Time* to be served on parties of record via the Court's ECF system.

                                           /s/
                                           MERCEDEH MOMENI
                                           Assistant United States Attorney
                                           555 4th Street, NW
                                           Civil Division
                                           Washington, DC 20530
                                           (202) 305-4851
                                           (202) 514-8780 (facsimile)