UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Ray R. Reddy,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0650 (RWR) |
| | ) | |
| **United States of America and** | ) | ECF |
| **U.S. Agency for** | ) | |
| **International Development,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants hereby move for a 30-day extension of time to file their answer or otherwise respond to Plaintiff's complaint, through and including October 22, 2007. Good cause exists to grant this motion.

1. Defendants' response to the complaint is due on September 21, 2007.

2. Defendants require additional time to file a response. This extension is necessary to enable the parties to possibly renegotiate their global settlement agreement, which includes not only the instant matter, but also several other employment-related claims, either now pending or recently administratively resolved. The Agency has advised undersigned counsel that an Equal Employment Opportunity Commission-OFO decision was recently issued, and received in early September 2007, in one of Plaintiff's other administrative cases. The aforementioned decision may well impact the global settlement. Accordingly, the Agency requires additional time to consider its options and will advise the Court accordingly.

    3.  Pursuant to Local Rule 7(m), the parties have conferred and Plaintiff's counsel consents to this request.

    4.  This is the fourth request made for extension of this deadline.

WHEREFORE, Defendants request that this enlargement be granted, and that the date for the response to the complaint be extended to October 22, 2007.  A minute order is requested.

Dated: September 18, 2007.

                                    Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney


\_\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR No. 434122
Assistant United States Attorney


_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C.  20530

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September, 2007, I caused the foregoing *Motion for Extension of Time* to be served on parties of record via the Court's ECF system.

                                        /s/
                                  MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Civil Division
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)