UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Ray R. Reddy,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0650 (RWR) |
| | ) | |
| **United States of America and** | ) | ECF |
| **U.S. Agency for** | ) | |
| **International Development,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**MOTION FOR EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants hereby move for a 30-day extension of time to file their answer or otherwise respond to Plaintiff's complaint, through and including November 21, 2007. Good cause exists to grant this motion.

1. Defendants' response to the complaint is due on October 22, 2007.

2. This extension is requested to enable the Agency to consider Plaintiff's finalized offer of a global settlement, which includes not only the instant matter, but also several other employment-related claims, either now pending or recently administratively resolved. The Agency has advised undersigned counsel that it is hopeful that a decision will be made shortly. The undersigned will advise the Court accordingly.

3. Pursuant to Local Rule 7(m), undersigned counsel sent an e-mail and left a voice mail message for Plaintiff's counsel to confer. As of the time of filing, no response had been received.

4. This is the fifth request made for extension of this deadline.

WHEREFORE, Defendants request that this enlargement be granted, and that the date for the filing of the response to the complaint be extended to November 22, 2007. A minute order is requested.

Dated: October 17, 2007.

                                           Respectfully submitted,

                                           _____/s/_____
                                           JEFFREY A. TAYLOR, D.C. Bar No. 498610
                                           United States Attorney

                                           _____/s/_____
                                           RUDOLPH CONTRERAS, D.C. BAR No. 434122
                                           Assistant United States Attorney

                                           _____/s/_____
                                           MERCEDEH MOMENI
                                           Assistant United States Attorney
                                           Civil Division
                                           555 4th Street, N. W.
                                           Washington, D.C.  20530

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of September, 2007, I caused the foregoing *Motion for Extension of Time* to be served on parties of record via the Court's ECF system.

/s/
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Civil Division
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)