**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **Ray R. Reddy,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-0650 (RWR)** |
| | ) | |
| **United States of America and** | ) | **ECF** |
| **U.S. Agency for** | ) | |
| **International Development,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants hereby move for a 30-day extension of time to file their answer or otherwise respond to Plaintiff's complaint, through and including December 20, 2007. Good cause exists to grant this motion.

1. Defendants' response to the complaint is due on November 21, 2007.

2. This extension is requested to enable the Agency to consider Plaintiff's revised offer of a global settlement, which includes not only the instant matter, but also several other employment-related claims, either now pending or recently administratively resolved. Although until as late as the morning of November 19, 2007, the parties were proceeding with the good faith understanding that the terms of the agreement were finalized, a new issue was raised yesterday afternoon. Plaintiff's counsel has provided her assurances that no additional demands will be made hereafter. *See* Exh. A, 11/19/07 Mugane E-mail. The undersigned will advise the Court if/when an agreement is executed.

3.  Pursuant to Local Rule 7(m), the parties have conferred and Plaintiff consents to the

relief requested.

4.  This is the sixth request made for extension of this deadline.

WHEREFORE, Defendants request that this enlargement be granted, and that the date for

the filing of the response to the complaint be extended to November 22, 2007.  A minute order is

requested.

Dated: November 20, 2007.

Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR No. 434122
Assistant United States Attorney


_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C.  20530

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2007, I caused the foregoing *Motion for*

*Extension of Time* to be served on parties of record via the Court's ECF system.

_____/s/_____

MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Civil Division
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)

**Momeni, Mercedeh (USADC)**

| | |
|---|---|
| **From:** | Bridget Mugane [fsatty@comcast.net] |
| **Sent:** | Monday, November 19, 2007 4:58 PM |
| **To:** | Momeni, Mercedeh (USADC) |
| **Cc:** | Pavlovic, Milan |
| **Subject:** | Reddy v. U.S. C.A. 2007-650 |

Plaintiff advises that he has raised a new issue this afternoon which affects a term of the settlement agreement which is almost ready for signature. The parties are in the process of resolving the matter as quickly as possible. Plaintiff assures that he will not raise any additional issues, as all other terms have been agreed.

Bridget Mugane
Attorney for Plaintiff


GOVERNMENT EXHIBIT A