UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ray R. Reddy,              ) | |
|                            ) | |
|       **Plaintiff,**       ) | |
|                            ) | |
|       v.                   ) | Civil Action No. 07-0650 (RWR) |
|                            ) | |
| United States of America and ) | ECF |
| U.S. Agency for            ) | |
|    International Development, ) | |
|                            ) | |
|       **Defendants.**      ) | |
| _____ ) | |

# ERRATA

On November 20, 2007, Defendants filed their *Consent Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint*. *See* USDC Pacer Doc. No. 8. Due to inadvertence, the final paragraph of page 2 contains the incorrect date of November 22, 2007. The paragraph should instead read ". . .the filing of the response to the complaint be extended to December 20, 2007."

Dated: November 20, 2007.

                                                    Respectfully submitted,


                                                  _____/s/_____
                                                  JEFFREY A. TAYLOR, D.C. Bar No. 498610
                                                  United States Attorney


                                                  _____/s/_____
                                                  RUDOLPH CONTRERAS, D.C. BAR No. 434122
                                                  Assistant United States Attorney


                                                  _____/s/_____

MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C.  20530

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of November, 2007, I caused the foregoing *Motion for Extension of Time* to be served on parties of record via the Court's ECF system.

                                                     /s/
                                        MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Civil Division
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)