UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ray R. Reddy,<br><br>   Plaintiff,<br><br>       v.<br><br>United States of America and<br>U.S. Agency for<br>International Development,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-0650 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

   Defendant, United States Department of State, hereby moves for an extension of time to file their answer or otherwise respond to Plaintiff's complaint, through and including January 18, 2008.   This enlargement is necessary because the parties are involved in discussions regarding a possible resolution of this matter.

   Pursuant to Local Rule 7(m), the parties have conferred and Plaintiff consents to the relief requested.

                                       Respectfully submitted,


                                       _____/s/_____
                                       JEFFREY A. TAYLOR, D.C. Bar No. 498610
                                       United States Attorney

\_\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C.  20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ray R. Reddy, )<br>)<br>   Plaintiff, )<br>)<br>)<br>         v. )<br>)<br>United States of America and )<br>U.S. Agency for )<br>International Development, )<br>)<br>   Defendants. )<br>_____) | Civil Action No. 07-0650 (RWR) |

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 18th day of December, 2007, I caused the foregoing Motion for Extension of Time to be served on parties of record via the Court's ECF system

                                                                   \_\_ /s/_____
                                                                    MERCEDEH MOMENI, D.C.
                                                                    Assistant United States Attorney
                                                                    555 4th Street, NW
                                                                    Civil Division
                                                                    Washington, DC 20530
                                                                    (202) 305-4851
                                                                    (202) 514-8780 (facsimile)