UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Ray R. Reddy,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0650 (RWR) |
| | ) | |
| **United States of America and** | ) | ECF |
| **U.S. Agency for** | ) | |
| **International Development,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their undersigned counsel, hereby stipulate and agree to dismiss this action, in its entirety, without prejudice.

Respectfully submitted,

_s/with authorization_____      _____/s/_____
Bridget Mugane, Esq.             JEFFREY A. TAYLOR
D.C. Bar # 272583                D.C. Bar # 488610
9250 Red Cart Court              United States Attorney
Columbia, MD  21045
(301) 596-0175                   _____/s/_____
                                 RUDOLPH CONTRERAS
Attorney for Plaintiff           D.C. Bar # 434122
                                 Assistant United States Attorney

                                 _____/s/_____
                                 MERCEDEH MOMENI
                                 Assistant United States Attorney
                                 555 Fourth Street, N.W.
                                 Washington, D.C.  20530
                                 (202) 305-4851
                                 Attorneys for Defendant

Dated: January 8, 2008